**Dismissed; Opinion Filed August 11, 2016.**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-16-00287-CV

## IN THE INTEREST OF C.L.D. AND B.N.B., CHILDREN

**On Appeal from the 301st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-15-09676**

## MEMORANDUM OPINION

Before Justices Myers, Stoddart, and Whitehill
Opinion by Justice Myers

The clerk's record in this case is overdue. By postcard dated May 20, 2016, we informed appellant that the Dallas County District Clerk notified the Court that the clerk's record had not been filed because appellant had not paid for or made arrangements to pay for the clerk's record. We directed appellant to provide, within ten days, verification of payment or arrangements to pay for the clerk's record or to provide written documentation that he had been found entitled to proceed without pre-payment of costs. We cautioned appellant that if he did not file the required documentation we might dismiss the appeal without further notice. *See* TEX. R. APP. P. 37.3(b). To date, appellant has not filed the required documentation or otherwise corresponded with the Court regarding the status of the clerk's record.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 37.3(b).


/Lana Myers/
LANA MYERS
JUSTICE


160287F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF C.L.D. AND
B.N.B., CHILDREN

No. 05-16-00287-CV

On Appeal from the 301st Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DF-15-09676.
Opinion delivered by Justice Myers. Justices
Stoddart and Whitehill participating.

In accordance with this Court's opinion of this date, this appeal is **DISMISSED**.

It is **ORDERED** that appellee BRANDY DAY recover her costs of this appeal from appellant CLINTON LAVRON DAY.

Judgment entered this 11th day of August, 2016.